UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

In Re:

    **James A. Arnott, Jr. and**                                  Case No. 13-35089 (CGM)
    **Melissa A. Arnott,**                                              Chapter 7

                                            Debtor(s).

## Notice to Chapter 7 Trustee of Appointment
## as Successor Trustee and Fixing Amount of Bond

TO:    Mark S. Tulis, Esquire

       You have been appointed, pursuant to 11 U.S.C. § 703(b), as Successor Interim Trustee of the Case of the above-named debtor.  See 11 U.S.C. § 701(c).

       The amount of your bond is covered by the bond of Interim Trustee in Chapter 7 cases which is on file with the Bankruptcy Court.  See 11 U.S.C. § 322(a);   In addition, because your blanket acceptance is on file, you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:    Albany, New York
              January 12, 2015

                                                        WILLIAM K. HARRINGTON
                                                        UNITED STATES TRUSTEE
                                                        REGION 2

                                                        /s/ Lisa M. Penpraze
                                                        Lisa M. Penpraze
                                                        Assistant U.S. Trustee
                                                        Bar Roll No.: 105165
                                                        74 Chapel Street, Suite 200
                                                        Albany, New York 12207
                                                        (518) 434-4553
                                                        Lisa.penpraze@usdoj.gov