UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

| | |
|---|---|
| In re: ARNOTT, JAMES A., JR. | § Case No. 13-35089-CGM |
| ARNOTT, MELISSA A. | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 16, 2013. The undersigned trustee was appointed on January 12, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         19,390.19

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 17.41 |
| Bank service fees | 784.76 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]        $ | 18,588.02 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/17/2013 and the deadline for filing governmental claims was 05/17/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,689.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,689.02, for a total compensation of $2,689.02.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $128.93, for total expenses of $128.93.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/12/2017          By: /s/MARK S. TULIS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-35089-CGM  
**Case Name:** ARNOTT, JAMES A., JR.  
ARNOTT, MELISSA A.  
**Period Ending:** 06/12/17

**Trustee:** (520752) MARK S. TULIS  
**Filed (f) or Converted (c):** 01/16/13 (f)  
**§341(a) Meeting Date:** 02/07/13  
**Claims Bar Date:** 05/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence at 18 Pine St., Wurtsboro, NY | 180,000.00 | 27,452.83 | | 0.00 | FA |
| 2 | Inv. Prop. #1 - 12 Pine St., Wurtsboro, NY | 149,942.00 | 143,427.82 | | 0.00 | FA |
| 3 | Inv. Prop. #2 - 64 Henry St., Wurtsboro, NY | 60,000.00 | 59,259.68 | | 15,000.00 | FA |
| 4 | Inv. Prop. #3 - 7 Briars Ct., Lackawaxen, PA | 199,900.00 | 194,699.26 | | 0.00 | FA |
| 5 | Bank of America checking account | 8,163.61 | 8,163.61 | | 2,033.54 | FA |
| 6 | Bank of America checking account (SS income) | 17,296.89 | 0.00 | | 0.00 | FA |
| 7 | Bank of America checking account (SS income) | 11,864.03 | 11,864.03 | | 0.00 | FA |
| 8 | Wells Fargo checking account | 59.40 | 59.40 | | 0.00 | FA |
| 9 | Wells Fargo savings account | 141.21 | 141.21 | | 0.00 | FA |
| 10 | Bank of America money market savings account | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Household goods & furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 12 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Wedding band, one watch | 750.00 | 0.00 | | 0.00 | FA |
| 14 | Wedding jewelry, misc. jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | 2 shot guns, 4 pistols, 4 rifles | 1,250.00 | 1,250.00 | | 500.00 | FA |
| 16 | Whole life with NY Life Ins. Co. | 1.00 | 0.00 | | 0.00 | FA |
| 17 | Whole life with NY Life Ins. Co. | 1.00 | 0.00 | | 0.00 | FA |
| 18 | Whole life with NY Life Ins. Co. | 1.00 | 0.00 | | 0.00 | FA |
| 19 | IRA with NY Life Co. | 15,651.72 | 0.00 | | 0.00 | FA |
| 20 | IRA with NY Life Co. | 12,131.17 | 0.00 | | 0.00 | FA |
| 21 | 100% stock in Wurtsboro Professional Properties | 1.00 | 1.00 | | 0.00 | FA |
| 22 | 21.6% stock in Shawanga Ridge Aviation | 1.00 | 1.00 | | 0.00 | FA |
| 23 | 100% stock in A&J Hometown Oil | 1.00 | 1.00 | | 0.00 | FA |
| 24 | 2008 Chevrolet Silverado | 14,045.00 | 6,045.00 | | 0.00 | FA |
| 25 | 2010 Jeep Wrangler | 14,185.00 | 6,185.00 | | 1,856.65 | FA |
| 26 | 2007 Sea-Doo 15' boat with trailer | 9,170.00 | 0.00 | | 0.00 | FA |
| 27 | Possible civil lawsuit for malicious prosecution | 1.00 | 1.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-35089-CGM  
**Case Name:** ARNOTT, JAMES A., JR.  
ARNOTT, MELISSA A.  
**Period Ending:** 06/12/17

**Trustee:** (520752) MARK S. TULIS  
**Filed (f) or Converted (c):** 01/16/13 (f)  
**§341(a) Meeting Date:** 02/07/13  
**Claims Bar Date:** 05/17/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 27   Assets   Totals (Excluding unknown values) | $701,057.03 | $458,551.84 | | $19,390.19 | $0.00 |

**Major Activities Affecting Case Closing:**

2/9/17: We expect to submit a TFR to the UST by 3/31/17.

1/21/16: A global stipulation settling all matters was signed by the Court on 12/3/15.

1/22/15: I was recently appointed successor trustee. We are in the process of resolving claims issues.

**Initial Projected Date Of Final Report (TFR):**    September 30, 2016    **Current Projected Date Of Final Report (TFR):**    March 31, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-35089-CGM
**Case Name:** ARNOTT, JAMES A., JR.
ARNOTT, MELISSA A.
**Taxpayer ID #:** **-***3132
**Period Ending:** 06/12/17

**Trustee:** MARK S. TULIS (520752)
**Bank Name:** Rabobank, N.A.
**Account:** ******8666 - Checking Account
**Blanket Bond:** $2,074,200.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/16/15 | | Paul L. Banner, Trustee | SALE OF DEBTOR'S REAL PROPERTY | | 19,390.19 | | 19,390.19 |
| | {3} | | | 15,000.00 | 1110-000 | | 19,390.19 |
| | {5} | | | 2,033.54 | 1149-000 | | 19,390.19 |
| | {15} | | | 500.00 | 1149-000 | | 19,390.19 |
| | {25} | | | 1,856.65 | 1149-000 | | 19,390.19 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19,380.19 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.01 | 19,354.18 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.69 | 19,324.49 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.79 | 19,296.70 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.82 | 19,269.88 |
| 06/08/15 | 101 | MARK S. TULIS, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2015 FOR CASE #13-35089, Trustee bond 6/19/15 - 6/19/16 | 2300-000 | | 10.05 | 19,259.83 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.55 | 19,230.28 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.57 | 19,201.71 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.69 | 19,175.02 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.42 | 19,145.60 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.53 | 19,118.07 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.58 | 19,091.49 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.20 | 19,061.29 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.43 | 19,034.86 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.39 | 19,008.47 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.99 | 18,978.48 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.31 | 18,952.17 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.27 | 18,925.90 |
| 06/29/16 | 102 | MARK S. TULIS, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2016 FOR CASE #13-35089 | 2300-000 | | 7.36 | 18,918.54 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.86 | 18,888.68 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.19 | 18,862.49 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.75 | 18,832.74 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.01 | 18,805.73 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.07 | 18,779.66 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.73 | 18,750.93 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.89 | 18,724.04 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.72 | 18,695.32 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.09 | 18,670.23 |

Subtotals: $19,390.19   $719.96

{} Asset reference(s)

Printed: 06/12/2017 01:13 PM    V.13.30

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-35089-CGM  
**Case Name:** ARNOTT, JAMES A., JR.  
ARNOTT, MELISSA A.  
**Taxpayer ID #:** **-***3132  
**Period Ending:** 06/12/17

**Trustee:** MARK S. TULIS (520752)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8666 - Checking Account  
**Blanket Bond:** $2,074,200.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.74 | 18,642.49 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.02 | 18,617.47 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.45 | 18,588.02 |
| | | | **ACCOUNT TOTALS** | | 19,390.19 | 802.17 | **$18,588.02** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 19,390.19 | 802.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,390.19** | **$802.17** | |

Net Receipts :       19,390.19  
Net Estate :       $19,390.19

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8666** | 19,390.19 | 802.17 | 18,588.02 |
| | **$19,390.19** | **$802.17** | **$18,588.02** |

{} Asset reference(s)   Printed: 06/12/2017 01:13 PM    V.13.30

# EXHIBIT C

### Case: 13-35089-CGM    ARNOTT, JAMES A., JR.

Claims Bar Date: 05/17/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | MARK S. TULIS, P.C.<br>220 WHITE PLAINS ROAD<br>2ND FLOOR<br>TARRYTOWN, NY 10591<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>01/16/13 | | $2,689.02<br>$2,689.02 | $0.00 | $2,689.02 |
| | MARK S. TULIS, P.C.<br>220 WHITE PLAINS ROAD<br>2ND FLOOR<br>TARRYTOWN, NY 10591<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>01/16/13 | | $128.93<br>$128.93 | $0.00 | $128.93 |
| | OXMAN TULIS KIRKPATRICK<br>WHYATT & GEIGER LLP<br>220 WHITE PLAINS ROAD<br>2ND FLOOR<br>TARRYTOWN, NY 10591<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>01/16/13 | | $735.00<br>$735.00 | $0.00 | $735.00 |
| | OXMAN TULIS KIRKPATRICK<br>WHYATT & GEIGER LLP<br>220 WHITE PLAINS ROAD<br>2ND FLOOR<br>TARRYTOWN, NY 10591<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>01/16/13 | | $33.47<br>$33.47 | $0.00 | $33.47 |
| 1S | Catskill Hudson Bank<br>c/o Hodgson Russ LLP, Attn: R. Weisz<br>677 Broadway, Suite 301<br>Albany, NY 12207<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>02/19/13 | The secured portion of this claim has been expunged pursuant to Stipulation & Order 12/3/15 | $115,000.00<br>$0.00 | $0.00 | $0.00 |
| 1U | Catskill Hudson Bank<br>Attn: Kevin S. McLaren<br>95 Schwenk Drive<br>Kingston, NY 12401<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/19/13 | This claim has been reduced pursuant to Stipulation & Order 12/3/15 | $986,933.04<br>$275,000.00 | $0.00 | $275,000.00 |
| 2 | PIKE COUNTY TAX CLAIM BUREAU<br>506 BROAD STREET<br>ROOM 104<br>MILFORD, PA 18337<br><4120-00  Real Estate--Non-consensual Liens (judgments, mechanics liens)>, 100 | Secured<br>02/25/13 | 3545<br>Amended by 2-2 | $1,654.59<br>$0.00 | $0.00 | $0.00 |

# EXHIBIT C

### Case: 13-35089-CGM    ARNOTT, JAMES A., JR.

Claims Bar Date:  05/17/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 -2 | PIKE COUNTY TAX CLAIM BUREAU<br>506 BROAD STREET<br>ROOM 104<br>MILFORD, PA 18337<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/25/13 | 3545 | $0.00<br>$0.00 | $0.00 | $0.00 |
| 3 | Global Companies LLC<br>Executive Woods<br>5 Palisades Dr.<br>Albany, NY 12205<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>02/27/13 | Not secured by estate assets. | $120,500.00<br>$0.00 | $0.00 | $0.00 |
| 4 | Jill Barber<br>c/o Derek T. Smith Law Group, P.C.<br>30 Broad St., 30th Floor<br>New York, NY 10004<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/02/13 | Reduced pursuant to Stipulation and Order dated 12/3/15 | $1,200,000.00<br>$1,200,000.00 | $0.00 | $1,200,000.00 |
| 5 | SULLIVAN COUNTY TREASURER<br>100 NORTH STREET<br>MONTICELLO, NY 12701<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>05/13/13 | Withdrawn pursuant to letter dated 11/15/13 | $4,532.65<br>$0.00 | $0.00 | $0.00 |
| 6 | Systems & Services Technologies, Inc<br>4315 Pickett Rd<br>St. Joseph, MO 64503<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>05/17/13 | 6616<br>Amended by 6-2 | $9,696.32<br>$0.00 | $0.00 | $0.00 |
| 6 -2 | Systems & Services Technologies, Inc<br>4315 Pickett Rd<br>St. Joseph, MO 64503<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/17/13 | 6616 | $1,973.32<br>$1,973.32 | $0.00 | $1,973.32 |
| | | | **Case Total:** | | **$0.00** | **$1,480,559.74** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-35089-CGM
Case Name: ARNOTT, JAMES A., JR.
Trustee Name: MARK S. TULIS

**Balance on hand:** $ 18,588.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Catskill Hudson Bank | 115,000.00 | 0.00 | 0.00 | 0.00 |
| 2 | PIKE COUNTY TAX CLAIM BUREAU | 1,654.59 | 0.00 | 0.00 | 0.00 |
| 3 | Global Companies LLC | 120,500.00 | 0.00 | 0.00 | 0.00 |
| 5 | SULLIVAN COUNTY TREASURER | 4,532.65 | 0.00 | 0.00 | 0.00 |
| 6 | Systems & Services Technologies, Inc | 9,696.32 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 18,588.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MARK S. TULIS, P.C. | 2,689.02 | 0.00 | 2,689.02 |
| Trustee, Expenses - MARK S. TULIS, P.C. | 128.93 | 0.00 | 128.93 |
| Attorney for Trustee, Fees - OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP | 735.00 | 0.00 | 735.00 |
| Attorney for Trustee, Expenses - OXMAN TULIS KIRKPATRICK WHYATT & GEIGER LLP | 33.47 | 0.00 | 33.47 |

Total to be paid for chapter 7 administration expenses:   $ 3,586.42
Remaining balance:   $ 15,001.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 15,001.60

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 15,001.60 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,476,973.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Catskill Hudson Bank | 275,000.00 | 0.00 | 2,793.17 |
| 2 -2 | PIKE COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 |
| 4 | Jill Barber | 1,200,000.00 | 0.00 | 12,188.39 |
| 6 -2 | Systems & Services Technologies, Inc | 1,973.32 | 0.00 | 20.04 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 15,001.60 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**